# United States District Court
## Southern District of Georgia

Gladys Danford
_____
**Plaintiff**

v.

Merck & Co., Inc.
_____
**Defendant**

Case No. **CV205-107**

Appearing on behalf of

**Plaintiff**
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission _pro hac vice_ have been satisfied, **_Petitioner's_** request to appear _pro hac vice_ in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _1st_ day of _June_, _2005_.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

\*\*\*

NAME OF PETITIONER:    Stephanie J. Hartley
_____

Business Address:    Spohrer, Wilner, Maxwell & Matthews, P.A.
_____
Firm/Business Name
701 West Adams Street
_____
Street Address

| Suite 2 | Jacksonville | FL | 32204 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (904) 354-8310 | |
| Telephone Number (w/ area code) | Georgia Bar Number |